# PERRY HYATT *et al.*

## *v.*

# GILBERT H. BROWN *et al.*

BILL OF EXCEPTIONS—*when necessary.* The ruling of the court upon motions to dismiss for want of a bond for costs, and to dismiss an appeal for want of a sufficient appeal bond, must be preserved in a bill of exceptions, if its propriety is sought to be questioned in this court.

WRIT OF ERROR to the Circuit Court of Cumberland county.

This was an action of forcible entry and detainer, originating before a justice of the peace, and taken, by appeal of the defendants, to the circuit court. The court overruled defendants' motion to dismiss the suit for want of a bond for costs, and, on motion of the plaintiffs, dismissed the appeal for want of a sufficient appeal bond. No bill of exceptions was taken in the case.

Mr. F. A. ALLISON, for the plaintiffs in error.

Messrs. D. T. & D. S. McINTYRE, for the defendants in error.

Per CURIAM: The questions attempted to be raised upon this record can not be considered, for the reason that there is no bill of exceptions preserving the rulings of the court below.

The judgment must be affirmed.

*Judgment affirmed.*